Jenny Lisette FLORES, a minor, by next friend Mario Hugh GALVEZ–MALDONADO; Dominga Hernandez–Hernandez, a minor, by next friend Jose Saul Mira; Alma Yanira Cruz–Aldama, a minor, by next friend Herman Perililo Tanchez, Plaintiffs–Appellees,

v.

Edwin MEESE, III; Immigration & Naturalization Service; Harold Ezell, Defendants–Appellants.

No. 88–6249.

United States Court of Appeals, Ninth Circuit.

May 18, 1993.

Before: WALLACE, Chief Judge, and TANG, SCHROEDER, D.W. NELSON, CANBY, NORRIS, WIGGINS, BRUNETTI, THOMPSON, LEAVY, and RYMER, Circuit Judges.

Pursuant to the mandate of the United States Supreme Court in *Reno v. Flores*, —— U.S. ——, 113 S.Ct. 1439, 123 L.Ed.2d 1 (1993), this case is REMANDED to the district court for further proceedings in accor-

dance with the opinion of the United States Supreme Court.